No. 71–443. WIENER ET AL. *v.* CALIFORNIA, *ante,* p. 988;

No. 71–5081. CARTER *v.* TEXAS, *ante,* p. 1001; and

No. 71–5392. BENNETT *v.* DISTRICT DIRECTOR OF INTERNAL REVENUE ET AL., *ante,* p. 1002. Petitions for rehearing denied.

JANUARY 24, 1972

No. 71–679. DUNN, DIRECTOR OF WELFARE OF CITY OF NEW HAVEN, ET AL. *v.* RIVERA ET AL. Appeal from D. C. Conn. Motion of appellee Rivera for leave to proceed *in forma pauperis* granted. Judgment affirmed.